Martin E. Rosen (108998), mrosen@bargerwolen.com
Ophir Johna (228193), ojohna@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
The Northwestern Mutual Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANAA N. HANNA, M.D.,<br><br>  Plaintiff,<br><br>  vs.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a corporation; and DOES 1 through 30, inclusive,<br><br>  Defendant. | CASE NO.: CV 09-1516 GAF (MANx)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER REGARDING NON-DISCLOSURE OF CONFIDENTIAL INFORMATION<br><br>Complaint Filed: January 27, 2009 |

Having reviewed the terms of the parties' Stipulated Confidentiality Agreement and Protective Order Regarding Non-Disclosure of Confidential Information ("Stipulated Protective Order") and finding those terms to be reasonable and appropriate, the Court orders that the terms of the Stipulated Protective Order shall govern the handling of Confidential Information produced or disclosed by the parties in this case.

The parties are expressly cautioned, however, that neither the Stipulated Protective Order nor this Order provides a basis for filing, or creates an entitlement to file, under seal information, documents, or things designated as Confidential

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

o:\man\ecf ready\hanna.stip.prot.order.2009.doc

1  Information by the parties.  Accordingly, reference to the Stipulated Protective Order
2  or this Order and to the parties' designation of any information, document, or thing as
3  Confidential Information is wholly insufficient to warrant filing under seal.  **Good**
4  **cause must be shown to support a filing under seal, and the parties' mere**
5  **designation of any information, document, or thing as Confidential Information**
6  **does not -- without the submission of competent evidence establishing the**
7  **confidential, proprietary, and/or trade secret nature of the material sought to be**
8  **filed under seal -- establish good cause.**

10  Further, the parties are directed to review the Standing Order Re: Protective
11  Orders and Treatment of Confidential Information issued by United States District
12  Judge Gary A. Feess.  That Standing Order provides, *inter alia*, as follows:

14  **E.**   **Use of Confidential Information at Trial.**  In the
15  event that the case proceeds to trial, all of the
16  information that was designated as confidential and/or
17  kept and maintained pursuant to the terms of a protective
18  order becomes public and will be presumptively
19  available to all members of the public, including the
20  press, **unless sufficient cause is shown in advance of**
21  **trial to proceed otherwise.**  (Emphasis added.)

23  **IT IS SO ORDERED.**

26  Dated: October 23, 2009                            /s/
                                          MARGARET A. NAGLE
27                                     UNITED STATES MAGISTRATE JUDGE
28